**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

SASHA LEWIS

**Plaintiff(s),**

23 __ Civ. 6643 __ (__KPF__)

**- against -**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

SAMSUNG SDI AMERICA, INCL, et al.,

**Defendant(s),**
-------------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

July 31, 2023 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** SAMSUNG ELECTRONICS, L.L.C.

**by personally serving** The Corporation Trust Company ,

*and proof of service was therefore filed on* September 8, 2023 *, Doc. #(s)* 22 .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

November 28 **, 20** 23

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _Negam Dulal_
**Deputy Clerk**