UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SASHA LEWIS,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>SAMSUNG SDI AMERICA, INC.;<br>SAMSUNG ELECTRONICS USA, INC.;<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.; SAMSUNG, INC.; SAMSUNG<br>CORP.; and SAMSUNG ELECTRONICS,<br>L.L.C.,<br><br>                              Defendants. | 23 Civ. 6643 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the answer filed by Defendant Samsung Electronics America, Inc. (Dkt. #58). Defendant Samsung Electronics America, Inc. is hereby ORDERED to appear at the Show Cause hearing scheduled for **February 21, 2024**, at **11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, to discuss a plan for discovery in this matter.

SO ORDERED.

Dated:   January 18, 2024
             New York, New York

*Katherine Polk Failla*
────────────────────────────
KATHERINE POLK FAILLA
United States District Judge