UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SASHA LEWIS,<br><br>                              Plaintiff,<br><br>                 -v.-<br><br>SAMSUNG SDI AMERICA, INC.;<br>SAMSUNG ELECTRONICS USA, INC.;<br>SAMSUNG ELECTRONICS AMERICA<br>INC.; SAMSUNG, INC.; SAMSUNG<br>CORP.; and SAMSUNG ELECTRONICS,<br>L.L.C.,<br><br>                              Defendants. | 23 Civ. 6643 (KPF)<br><br>**DEFAULT JUDGMENT** |

KATHERINE POLK FAILLA, District Judge:

NOW THEREFORE, this action having been commenced on July 31, 2023, by the filing of the complaint (Dkt. #1, 15 (corrected filing)), and a copy of the summons and complaint having been served on the Defendant SAMSUNG, INC. ("Defaulting Defendant") and proof of service having been filed on September 8, 2023 (Dkt. #25), and Defaulting Defendant not having answered the complaint, and the time for answering the complaint having expired, it is ORDERED, ADJUDGED, AND DECREED that the Plaintiff have judgment against Defaulting Defendant as follows:

a. Defaulting Defendant is held jointly and severally liable for causing Plaintiff's injuries.

b. The matter shall be set down for an inquest to determine the amount of damages that should be awarded to Plaintiff after Plaintiff has (i) filed an amended complaint and added Samsung

SDI Co. Ltd. as a Defendant and (ii) resolved the case against Samsung SDI Co. Ltd. and any other non-defaulting parties.

The Clerk of the Court is hereby ordered to enter default judgment against Defaulting Defendant, Samsung, Inc.

SO ORDERED.

Dated: February 21, 2024
New York, New York

_KATHERINE POLK FAILLA_
KATHERINE POLK FAILLA
United States District Judge