# ROTH & ROTH, LLP
192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

June 11, 2024

**BY ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

    Re:    Lewis v. Samsung SDI America, Inc., et al.,
              23-cv-6643 (KPF)

Your Honor:

    I write to inform the Court that defendants Samsung Electronics USA, Inc. and Samsung Corp. are inactive corporations, and so Plaintiff plans to voluntarily dismiss them from this action.

    After serving Samsung Electronics USA, Inc. and Samsung Corp. with the Summons and Complaint by delivery of same to the Delaware Secretary of State's office on April 22, 2024, that office informed me that both corporations are "void" or inactive.

    Thank you for your attention to this matter. Please do not hesitate to contact me should the Court require further information or documentation.

                                    Respectfully submitted,

                                    ~//s//~
                                    Elliot Shields, Esq.
                                    ROTH & ROTH, LLP

Encls.

cc:    All Counsel (by ECF)