UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SASHA LEWIS                                                          :

                                                                                  :        ORDER
                                    Plaintiff,

                                                                                  :        23 Civ. 6643 (KPF) (GWG)
        -v.-
                                                                                  :

SAMSUNG SDI CO. LTD. et al.,                              :

                                                                                  :
                                    Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        A telephone conference to discuss this matter will take place on Wednesday, December 17, 2025, at 11:15 a.m.  Plaintiff's counsel shall dial 646-453-4442 and use the access code 379 545 57#.  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.  When addressing the Court, counsel must not use a speakerphone.

        The Court wishes to discuss a number of issues at the conference (and/or a briefing schedule) including (1) what efforts plaintiff has made to investigate the status of Samsung, Inc. as a functioning corporation, and what proof it will be offering as to the corporation's continued existence; (2) whether plaintiff has any reason to doubt the representations as to Samsung, Inc. made in Docket # 92; (3) whether there is a legal basis to seek damages from a corporation that is no longer existent due to a merger or any other reason; (4) whether, in light of Samsung, Inc.'s status, there is a basis to question the adequacy of the service attested to in Docket # 25; (5) whether it matters for purposes of the Court's subject matter jurisdiction that the entity into which Samsung, Inc. merged is a New York corporation; (6) whether the operative complaint (that is, the original complaint, Docket # 15, as it appears to be the only complaint that was purportedly served on Samsung, Inc.) is sufficiently specific as to the activities of Samsung, Inc. such that it shows the liability of Samsung, Inc.; and (7) whether, assuming the foregoing issues are resolved, plaintiff is able to prove the existence of personal jurisdiction over Samsung, Inc. — an issue that the Court would require plaintiff to prove before entering any judgment for damages.  See Sinoying Logistics Pte Ltd. v. Yi Da Xin Trading Corp., 619 F.3d 207, 214 (2d Cir. 2010) (a court may sua sponte dismiss an action for lack of personal jurisdiction when considering whether to enter a default judgment).

   The filing of a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) against Samsung, Inc. before the scheduled conference will mean the conference is cancelled.

   SO ORDERED.

Dated: December 15, 2025
    New York, New York

                    _____
                    GABRIEL W. GORENSTEIN
                    United States Magistrate Judge