UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SASHA LEWIS                                    :

                                               :     ORDER
                    Plaintiff,

                                               :     23 Civ. 6643 (KPF) (GWG)

         -v.-

                                               :

SAMSUNG SDI CO. LTD. et al.,                   :

                                               :

                    Defendants.
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

         Counsel for plaintiffs are directed to file a sworn statement on or before December 31, 2025, that describes: (1) what efforts counsel have made to investigate the status of Samsung, Inc. as a corporation, and what proof is currently in the possession of counsel as to the corporation's continued existence or not; (2) whether counsel have any information that cause them to doubt the representations made in Docket # 92 as to the status of Samsung, Inc. and if so what that information is; and (3) whether they are currently in possession of any factual information that causes them to question whether the affidavit of service filed as Docket # 25 was effective and if so what that information is.

         Such statement shall be filed by December 31, 2025.   Counsel shall serve on plaintiff by email a copy of this Order and the response.

         SO ORDERED.

Dated: December 18, 2025
       New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge