UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SASHA LEWIS,                                              :

                                                         :     ORDER
                            Plaintiff,

                                                         :     23 Civ. 6643 (KPF) (GWG)

        -v.-

                                                         :

SAMSUNG SDI CO. LTD. et al.,                             :

                                                         :
                            Defendants.
----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        On January 16, 2026, the Court issued an Order directing plaintiff to show cause why
"Samsung, Inc." should not be dismissed as a defendant in this action.   On January 28, 2026,
plaintiff filed a number of documents, including two motions.

        If these documents were intended to constitute plaintiff's response to the Order to Show
Cause, she need take no further action.   However, if plaintiff believes that the filing of the
motions relieved her of the obligation to respond to the Order to Show Cause, the Court issues
this Order to clarify for plaintiff that a response is still required.   Plaintiff's response remains
due on February 6, 2026.   If plaintiff needs more time she may ask for an extension.   If plaintiff
makes no further filing by that date, the Court will construe the filings made on January 28,
2026, to constitute plaintiff's response to the Order to Show Cause.

        SO ORDERED.

Dated:  January 29, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge