**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SASHA LEWIS,

Plaintiff,

-against-

SAMSUNG, INC.,

Defendants.

-----------------------------------------------------------------X

23 **CIVIL** 6643 (KPF)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2026, the Court has ADOPTED the Report and Recommendation in full, VACATED the default judgment against Samsung, Inc. (Dkt. #61), and has DISMISSED Samsung, Inc. from the instant action. In addition, the Court has DENIED with prejudice Plaintiff's additional requests for entry of default or imposition sanctions against Samsung, Inc. (Dkt. #117), to correct the record (Dkt. #128), and to amend the complaint (Dkt. #116); accordingly, the case is closed.

**Dated:** New York, New York
September 11, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**