UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SASHA LEWIS,

Plaintiff,

-v.-

SAMSUNG SDI CO. LTD. et al.,

Defendants.

---------------------------------------------------------------X

ORDER

23 Civ. 6643 (KPF) (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

Plaintiff has filed a letter dated October 2, 2026 (Docket # 141) seeking exemption from PACER fees. The Court finds that Plaintiff, who is proceeding in this action without counsel and in forma pauperis, falls within the class of users listed in the fee schedule as being eligible for a fee exemption going forward. Plaintiff alleges that she lacks the financial means to afford the ongoing access to court documents that she believes is necessary to properly litigate this case. Plaintiff has demonstrated that a prospective exemption is necessary in this action to avoid unreasonable burdens and to promote public access to information. Accordingly, going forward, Plaintiff shall be exempt from the payment of fees for access via PACER to the electronic case files maintained by this court for case number 23-cv-06643-KPF-GWG, Lewis v. Samsung SDI America, Inc. et al.

This waiver applies only to this case. Plaintiff shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. This fee exemption applies only to Plaintiff, and it is valid only for the purposes stated above;

2. This fee exemption applies only to the electronic case files that are available through the PACER system in the action in this court under 23-cv-06643-KPF-GWG;

3. By accepting this exemption, Plaintiff agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. Plaintiff is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases; and

5. This exemption may be revoked at the discretion of the Court at any time.

The Clerk is directed to send a copy of this Order to the PACER Service Center.

SO ORDERED.

Dated: October 14, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge